RECEIVED

JUN 2 2 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

JANE BOLLINGER

VERSUS

TAKEDA PHARMACEUTICAL COMPANY
LIMITED, ET AL

MISC. CASE NO. 17-mc-104
RELATED CASE: 15-151

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Jane Bollinger,

as Administratrix and Derivative Claimant of the Estate of Alan Bollinger, is hereby GRANTED

pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby

adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _22_ day of June, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE